

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2020

No. 04-19-00702-CR

Jesse Gregory **NARVAIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR0351
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due May 18, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2020.

_____
Michael A. Cruz,
Clerk of Court